FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 15-00229M |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| JOE ANGEL RODRIGUEZ, | |
| Defendant. | |

A warrant for Defendant's arrest for the alleged violation of conditions of pretrial release having been issued by Magistrate Judge Mitchell D. Dembin of the United States District Court for the Southern District of California, and the Court having conducted a hearing on the alleged violation(s), the Court finds that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

Failure to appear as ordered.

and

that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose

1   a danger to the safety or any other person or the community, ~~and/or that the defendant is~~
2   ~~unlikely to abide by any condition or combination of conditions of release.~~
3   ~~This Order shall be stayed for 72 hours in order to allow the Government to seek~~
4   ~~review from the [assigned District Judge] [criminal duty District Judge].~~
5   IT IS THEREFORE ORDERED that the defendant be detained ~~prior to trial.~~
6   pending further proceedings in SDCA
7   Dated: 4-30-2015

DOUGLAS F. McCORMICK
United States Magistrate Judge

2